UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY KITCHEN, | No. 2:17-cv-0990 GEB KJN P |
| Petitioner, | |
| v. | ORDER |
| MARION SPEARMAN, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding through counsel. On July 31, 2017, petitioner requested an extension of time to file an opposition to respondent's motion to dismiss. Respondent does not object to the extension. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 11) is granted; and

2. Petitioner shall file an opposition on or before September 5, 2017.

Dated: 08/03/17

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/kitc0990.eot

1