Robert J. Beles Bar No. 41993
Law Offices of Beles & Beles
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Petitioner* TERRY KITCHEN

United States District Court
Eastern District of California

| | |
|---|---|
| TERRY KITCHEN,<br><br>    *Petitioner*,<br>vs.<br><br>MARION SPEARMAN, Warden,<br><br>    *Respondent,*<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    *Real Party in Interest*. | No. 2:17-cv-00990-GEB-KJN<br><br>(PROPOSED) ORDER GRANTING 30-DAY EXTENSION OF TIME TO FILE OBJECTIONS |

ORDER GRANTING 30-DAY EXTENSION OF TIME TO
FILE OBJECTIONS

Good cause appearing, this court grants (ECF No. 16) petitioner a 30-day extension of time to file his objections to the findings and recommendation to and including Thursday February 9, 2018.

Dated: January 16, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE